IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1725-WW-1

IN RE SEIZURE WARRANT FOR:        )
                                  )      **ORDER TO UNSEAL**
ONE 2011 POLARIS MODEL            )
R11WH76AG, VIN:                   )
4XAWH76A3B2238709

This case comes before the court on the motion (D.E. 6) by the government to unseal the application and affidavit for seizure warrant (D.E. 1). The government represents that the criminal investigation has proceeded to the point where the reasons advanced by the government in the original motion to seal are now moot.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the application and affidavit for search warrant (D.E. 1).

SO ORDERED, this the 26th day of February 2014.

_____
James E. Gates
United States Magistrate Judge